

**U.S. Department of Justice**
*United States Attorney*
*District of New Jersey*

| | | |
|---|---|---|
| R. DAVID WALK, JR.<br>*Assistant United States Attorney* | 401 Market Street, 4th Floor<br>Camden, NJ 08101-2098 | (973) 986-7101 |

October 7, 2025

**VIA ECF**

Honorable Edward S. Kiel
United States District Judge
Mitchell H. Cohen United States Courthouse
Fourth and Cooper Streets
Camden, New Jersey 08102

    Re:    <u>United States v. Matthew Tedesco, No. 17-321 (ESK)</u>

Dear Judge Kiel:

    The post-trial motions of Christopher Kyle Johnston and Trent Brockmeier will be argued on October 27, and their sentencings have been stayed pending further order of the Court. In light of this, the Government respectfully requests that the Court stay the sentencing of Matthew Tedesco pending further order of this Court and schedule his sentencing to occur after the Johnston and Brockmeier sentencings. Counsel for Mr. Tedesco agrees with this request.

                                     Respectfully submitted,

                                     R. DAVID WALK, JR.
                                   DANIEL A. FRIEDMAN
                                   Assistant United States Attorneys

cc: All counsel (via ECF)